UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY MURRAY,

        Plaintiff,

v.

CITY OF WARREN, *et al.*,

        Defendants.
_____/

Case No.: 19-13010
Hon. Gershwin A. Drain

## **PROTECTIVE ORDER**

IT IS HEREBY ORDERED that remote depositions scheduled in this matter to be taken via Zoom shall not be audio or video recorded, in whole or in part, by any attendee at the deposition other than the certified Court Reporter. The Court Reporter shall retain all copies of video and audio recordings unless and until otherwise ordered by the Court due to unavailability of a witness or other legitimate (limited) reason at the time of a Trial.

IT IS FURTHER ORDERED that to the extent the certified Court Reporter cannot maintain the audio or video record, the same shall be deposited in a sealed manner directly by the Court Reporter to the following attorney only:

    For witness Greg Murray: Copies to Jon Marko (P72450)

    For witness Amanda Mika: Copies to Raechel Badalamenti (P64361)

    For witness Ethan Vinson: Copies to Raechel Badalamenti (P64361)

    For witness Mayor Fouts:  Copies to Raechel Badalamenti (P64361)

This designated attorney shall maintain the audio and/or video record in its sealed form throughout the duration of these proceedings, including any appeal, with disclosure to the Court and/or opposing counsel/parties to occur only when stipulated to or ordered by the Court due to unavailability of a witness or other legitimate (limited) reason at the time of a Trial.

    IT IS FURTHER ORDERED that any and all deposition transcripts in this matter shall be used for purposes of this litigation only and shall not be produced outside of the Court record to any non-party, including any media outlet.  The attorneys in the case must ensure that each individual being furnished a copy of a deposition transcript (office staff, law clerks and retained experts) is aware of and agrees to abide by the terms of this Order.

    IT IS FURTHER ORDERED that all recordings and transcripts of the depositions in this matter, other than that which is filed into the public record, shall be destroyed at the time this matter reaches a full and final resolution.

Dated:  October 21, 2020                            /s/Gershwin A. Drain
                                                                                   GERSHWIN A. DRAIN
                                                                                   U.S. DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 22, 2020, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager